IRVING L. BERG (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA  94925
Telephone:  (415) 924-0742
Facsimile:  (415) 891-8208
E-Mail:  irvberg@comcast.net

Attorney for Plaintiff
Alejandro Moya

BIRGIT DACHTERA STUART (SBN 154621)
THE LAW OFFICES OF RONALD S. CANTER, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD  20852
Telephone:  (301) 770-7490
Facsimile:  (301) 770-7493
E-Mail:  bstuart@ roncanterllc.com

Attorney for Defendant
M.R.S. Associates, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO L. MOYA<br><br>        Plaintiff,<br><br>    vs.<br><br> M.R.S. ASSOCIATES, INC.<br><br>        Defendant | Case No.:  3:09-CV-2049<br><br>**NOTICE OF SETTLEMENT; ORDER VACATING JUNE 26, 2009 HEARING; DEEMING PLAINTIFF'S MOTION TO REMAND WITHDRAWN** |

   NOW COME the Plaintiff, ALEJANDRO L. MOYA, and Defendant, M.R.S. ASSOCIATES, INC., by and through the undersigned counsel and hereby inform the Court that they have reached settlement of the present matter and are in the process of finalizing settlement, which parties anticipate will be finalized within the next 30 days.

The parties therefore jointly request that this Honorable Court vacate all dates currently set on calendar for the present matter, including but not limited to Plaintiff's Motion to Remand Case to State Court, set for June 26, 2009 at 9:00 a.m. in Courtroom 7 before the Honorable Maxine Chesney.

DATED: June 3, 2009          THE BERG LAW GROUP

s/ Irving L. Berg
Irving L. Berg (SBN 36273)
145 Town Center, PMB 493
Corte Madera, CA  94925
Telephone:  (415) 924-0742
Facsimile:  (415) 891-8208
E-Mail: irvberg@comcast.net
Attorney for Plaintiff Alejandro Moya


THE LAW OFFICES OF
   RONALD S. CANTER, LLC

s/ Birgit Dachtera Stuart
Birgit Dachtera Stuart (154621)
11300 Rockville Pike, Suite 1200
Rockville, MD  20852
Telephone:  (301) 770-74920
Facsimile:  (301) 770-7493
E-Mail:  bstuart@roncanterllc.com
Attorney for Defendant M.R.S. Associates, Inc.

IT IS SO ORDERED to the extent the parties seek to vacate the June 26, 2009 hearing on plaintiff's motion to remand, which motion is hereby deemed withdrawn pending any renotice of said motion for hearing at a later date, and the Case Management Conference shall remain as initially scheduled.

Dated: June 11, 2009

Maxine M. Chesney
United States District Judge