IRVING L. BERG (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, CA  94925
Telephone:  (415) 924-0742
Facsimile:  (415) 891-8208
E-Mail:  irvberg@comcast.net

Attorney for Plaintiff
Alejandro L. Moya

BIRGIT DACHTERA STUART (154621)
THE LAW OFFICES OF RONALD S. CANTER, LLC
11300 Rockville Pike, Suite 1200
Rockville, MD  20852
Telephone (301) 770-7490
Facsimile (301) 770-7493
E-Mail:  bstuart@roncanterllc.com

Attorney for Defendant
M.R.S. Associates, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO L. MOYA | Case No.:  3:09-CV-2049 |
| Plaintiff, | |
| vs. | |
| M.R.S. ASSOCIATES, INC. | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO DISMISS WITH PREJUDICE** |
| Defendant | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff ALEJANDRO L. MOYA, and Defendant MRS Associates, Inc., stipulate, and the Court hereby orders, as follows:

1.    Upon the agreement of all appearing parties, the present matter is to be dismissed with prejudice.

2.    Parties to bear their own fees and costs.

DATED:  July 9, 2009

THE BERG LAW GROUP

By: /s/ Irving L. Berg
Irving L. Berg, Attorney for Plaintiff

DATED:  July 9, 2009

THE LAW OFFICES OF
RONALD S. CANTER, LLC

By: /s/ Birgit D. Stuart
Birgit D. Stuart, Attorney for Defendant

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

DATED: July 9, 2009

Maxine M. Chesney
United States District Judge

2

MOYA V. M.R.S. ASSOCIATES
STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE